# EXHIBIT A

IN THE COURT OF COMMON PLEAS
OF DAUPHIN COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

Thomas Ray                                  :
1870 Geryville Pike W                       :
East Greenvil, PA  18041,                   :
                          Plaintiff          :         2014 CV 463
                                            :
v.                                          :
National Recovery Agency, Inc.              :
2491 Paxton Street                          :         Jury Trial Demanded
Harrisburg, PA 17111                        :
and                                         :
X,Y,Z Corporations                         :
                          Defendant          :

**NOTICE TO DEFEND**

You have been sued in Court. If you wish to defend against the claims set forth in the

following pages, you must take action within twenty (20) days after this Complaint and Notice

are served by entering a written appearance personally or by attorney and filing in writing with

the Court your defenses or objections to the claims set forth against you. You are warned that if

you fail to do so the case may proceed without you and a judgment may be entered against you

by the Court without further notice to you for any money claimed in the Complaint or for any

other claim or relief requested by Plaintiff(s). You may lose money or property or other rights

important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO

NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE

OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

MID-PENN LEGAL SERVICES
213-A N. Front St., Harrisburg, PA 17101-2240
(800) 326-9177

100 South Street, Harrisburg, PA 17101 •
P.O. Box 186, Harrisburg, Pennsylvania 17018
717-238-6715          800.932.0311

IN THE COURT OF COMMON PLEAS
OF DAUPHIN COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| Thomas Ray | : | |
| 1870 Geryville Pike W | : | |
| East Greenvil, PA 18041, | : | |
| Plaintiff | : | 2014 CV 463 |
| | : | |
| v. | : | |
| National Recovery Agency, Inc. | : | |
| 2491 Paxton Street | : | Jury Trial Demanded |
| Harrisburg, PA 17111 | : | |
| and | : | |
| X,Y,Z Corporations | : | |
| Defendant | : | |

## COMPLAINT

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq. (hereinafter "FDCPA").

2. All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

3. Plaintiff is Thomas Ray, an adult individual with a current address of 1870 Geryville Pike W, East Greenvil, PA 18041.

4. Defendant is National Recovery Agency, Inc. with a principle place of business located at 2491 Paxton Street, Harrisburg, PA 17111.

**COUNT ONE: Violation of Fair Debt Collection Practices Act**
**15 USC 1692 et. seq.**

5. The previous paragraphs of this complaint are incorporated by reference.

6. At all times mentioned in this Complaint, Plaintiff was a consumer debtor as defined by the Fair Debt Collections Practices Act (FDCPA), 15 USC 1692 et. Seq.

7. At all times mentioned in this Complaint Defendant was is a debt collector as defined by the FDCPA, 15 USC 1692 et. seq.

8. At all times mentioned in this Complaint. Defendant was attempting to collect on an alleged consumer debt against Plaintiff for an ambulance bill from Central Bucks Ambulance and Rescue Unit

9. Prior to the commencement of this action, Defendant(s) contacted Plaintiff by various written letters about said debt Central Bucks Ambulance and Rescue Unit. The letters indicated there was a principle amount due to Central Bucks Ambulance and Rescue Unit of $1,318.39, plus $329.60 in "cost," for a total alleged balance of $329.60. See attached exhibits.

10. Plaintiff never agreed to pay Central Bucks Ambulance and Rescue Unit any costs associated with the collection of the account.

11. Any contract which Plaintiff might have had with Central Bucks Ambulance and Rescue Unit would have been under the theory of implied contract or quantum meruit only, and not for any costs associated with the collection of the account.

12. Plaintiff never agreed to pay Central Bucks Ambulance and Rescue Unit $329.60 in "costs" under any circumstance.

13. Plaintiff was never legally responsible for $329.60 in "costs," and did not owe the money.

14. Defendant(s) knew or should have known that Plaintiff did not legally owe $329.60 in "costs."

15. Defendant(s) knew or should have known that Plaintiff never expressly agreed to pay $329.60 in "costs."

16. By adding on unauthorized $329.60 in "costs," Defendants committed a violation of 15 USC 1692(f)(1) which prohibits the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

17. By claiming for $329.60 in "costs," Defendants committed a violation of 15 USC 1692e(2)(A)which prohibits misrepresentation of the character and amount of the debt.

## LIABILITY

18. All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

19. Defendant is liable for the acts committed by its agents under the doctrine of respondeat superior because Defendant's agents were acting within the scope of their employment with Defendant.

20. In the alternative, Defendant is liable for the conduct of its agents / employees under the theory of joint and several liability because Defendant and its agents / employees were engaged in a joint venture and were acting jointly and in concert.

21. It is believed and averred that the named Defendant(s) were acting jointly and in concert.

22. In the alternative, it is believed and averred that the named Defendant(s) were acting in an agency relationship.

## DAMAGES

23. All previous paragraphs of this complaint are incorporated by reference.

24. Plaintiff believed and avers that Plaintiff is entitled to at least $1.00 actual damages, including but not limited to phone, fax, stationary, postage, etc.

25. Plaintiff believed and avers that Plaintiff is entitled to $1,000.00 statutory damages under the FDCPA 15 USC 1692k, or other amount determined by this Honorable Court.

26. Plaintiff was angered, distressed and disgusted about the aforementioned misconduct of Defendant.  For purposes of a default judgment, Plaintiff believes and avers that such distress should have a dollar value of at least $5,000.00.

## ATTORNEY FEES

27. All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

28. Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney fees for prosecuting this action.

29. Plaintiff believes and avers that the reasonable rate for attorney fees for prosecuting this action is $350.00 per hour, or other rate approved by this Honorable Court.

30. Plaintiff believes and avers that such attorney fees should amount to no less than $2,100.00 enumerated below.

| | |
|---|---|
| a.   Consultation with client and review of file.  Assisting client to dispute account with Defendant and with CRAs on multiple occasions. | 2 |
| b.   Drafting, editing, review, filing and service of complaint and related documents | 2 |
| c.   Follow up with Defendant(s) and client | 2 |

6 x $350 = $2,100

31. Plaintiff's attorney fees continue to accrue as the case move forward.

## OTHER RELIEF

32. All previous paragraphs of this complaint are incorporated by reference and made a part of this portion of the complaint.

33. Plaintiff seeks injunctive relief barring further unlawful collection activity.

34. Plaintiff seeks such other relief as this Honorable Court may deem just and proper.

35. Plaintiff seeks the filing fee for prosecuting this action.

36. Plaintiff seeks costs for prosecuting this action.

37. Plaintiff requests / demands a jury trial in this matter

Wherefore, plaintiff demands judgment against defendant in the amount of $8,101.00 enumerated below.

$1.00 more or less actual damages.

$1,000.00 statutory damages for Count One FDCPA

$2,100.00 attorney fees

$5,000.00 emotional distress

_____
       $8,101

_____     _____
Vicki Piontek, Esquire                Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com

IN THE COURT OF COMMON PLEAS
OF DAUPHIN COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Thomas Ray                                   :
1870 Geryville Pike W                        :
East Greenvil, PA  18041,                    :
                          Plaintiff          :          2014 CV 463
                                             :
v.                                           :
National Recovery Agency, Inc.               :
2491 Paxton Street                           :          Jury Trial Demanded
Harrisburg, PA 17111                         :
and                                          :
X,Y,Z Corporations                           :
                          Defendant          :

## VERIFICATION

I, Thomas Ray, affirm that the statements contained in the attached amended complaint are true
and correct to the best of my knowledge, understanding and belief.


_____  12-30-2014
Thomas Ray               Date

# EXHIBITS

# NATIONAL RECOVERY AGENCY

2491 Paxton Street, Harrisburg PA 17111
Toll Free: (800) 360-4319

Thomas Ray
1870 Geryville W
East Greenville, PA 18041-2019

PIN #: 43643534
NRA ID: YCK780
TOTAL DUE: $1,647.99

Dear Thomas Ray,

Your account has been forwarded to this office for collections.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Below is a listing of accounts included in the total amount due listed above:

| ORIGINAL CREDITOR | ACCOUNT # | DATE | AMOUNT | INTEREST | COSTS | AMT OWED |
|---|---|---|---|---|---|---|
| CENTRAL BUCKS AMB & RESCUE SQ | 12-93030 | 06/30/12 | 1,318.39 | .00 | 329.60 | 1647.99 |

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Unless you dispute this debt, your payment should be made directly to this office. Please choose one of the following methods of payment. Please note that a service charge of twenty dollars will be added to all checks returned to us by your bank as permitted by law.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS

## PAYMENT OPTIONS



Telephone Hours:
Monday – Thursday 8:00 A.M. to 8:30 P.M.
Friday 8:00 A.M. to 5:00 P.M.
Saturday 8:00 A.M. to 12:30 P.M.
Eastern Standard Time
(800) 360-4319



Send Mail To:
NATIONAL RECOVERY AGENCY
PO BOX 67015
HARRISBURG, PA 17106-7015

Via Internet:
Pay online by credit card
or check at
www.nationalrecovery.com

Calls to or from NATIONAL RECOVERY AGENCY may be recorded or monitored.

✂ To ensure proper credit to your account please detach bottom portion and return it with payment in the enclosed envelope. ✂

PO Box 67015
Harrisburg, PA 17106-7015

Toll Free: (800) 360-4319
Statement Date: March 25, 2013

NRAC/018      20113806917R      8679/00031930017
Thomas Ray
1870 Geryville W
East Greenville, PA 18041-2019

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | |
|---|---|---|
| VISA  VISA | MasterCard | Discover |
| CARD NUMBER | | SECURITY/CVC CODE |
| SIGNATURE | | EXP. DATE |
| TOTAL DUE $1,647.99 | PAYMENT AMOUNT | NRA ID # YCK780 |
| For Online Payments visit www.nationalrecovery.com | | |

MAKE PAYMENT AND REMIT TO:

NATIONAL RECOVERY AGENCY
PO Box 67015
Harrisburg, PA 17106-7015

Self-Addressed stamped envelope is required for return receipts.

**Thomas Ray**
**1870 Geryville W**
**East Greenville, PA 18041**

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

RE:      Alleged Creditor: Central Bucks Ambulance and Resque Sq.
         Account Number 12-83030
         Alleged Balance   $1,647.99

To Whom it May Concern:

I wish to dispute the above referenced account. I request validation of the alleged debt. I request verification of the alleged debt.

Please explain what the $329.60 in "costs" refers to.

I request proof of the fair market value of the services rendered. How did the original alleged creditor compute the amount that they claim was owed.

Sincerely,

Thomas Ray                          04-23-2013
Thomas Ray                          Date



Nat R

7491 Parkin St

tarrisburg PA

7011 2970 0000 7365 6486

PO BOX 67015
HARRISBURG, PA  17106-7015

**NATIONAL RECOVERY AGENCY**
A PROFESSIONAL COLLECTION AGENCY
(717) 540-5605
(800) 360-4319

| IN RE: CENTRAL BUCKS AMB & RESCUE SQ | TOTAL AMOUNT DUE: $1,647.99 |
| ACCT#: 12-83030 | DATE OF SERVICE: 06-30-12 |

04/29/13

YCK780/0J2    201139785533                0000268/0003

Thomas Ray
1870 Geryville W
East Greenville, PA 18041-2019

11946

SEND TO:

NATIONAL RECOVERY AGENCY
PO BOX 67015
HARRISBURG, PA  17106-7015

Dear Thomas Ray,

Our offices are in receipt of your letter of dispute pursuant to 15 U.S.C. § 1681 s-2 of the Fair Credit Reporting Act. Please be advised we have contacted our client who has confirmed the name and address listed on the account as well as the amount owed. Based on our investigation of your dispute, it is our position we have identified you as the correct consumer for this account.

In acknowledgement of your dispute, we have requested that consumer reporting agencies report the account as disputed Consumer reporting agencies may take up to 30 days or longer to update reports and this is beyond our control.

Listed below is a summary of the charges on the account and any applicable fees or interest. Should you have any questions regarding this account or if you wish to discuss payment arrangements, please feel free to contact us at the number listed above.  We look forward to helping you resolve this matter.

| Creditor | Account # | Principal | Interest | All Costs | Serv Date |
| CENTRAL BUCKS AMB & RESCUE SQ | 12-83030 | 1,318.39 | .00 | 329.60 | 06/30/12 |

Your payment should be made directly to this office for prompt credit to your account. A service charge of $20.00 will be added to all checks returned to us by your bank as permitted by law. Should you desire a receipt, a self-addressed, stamped envelope is required.  For payment options please see reverse side of this notice or visit our secure website at www.nationalrecovery.com.  The purpose of this communication is to collect a debt and any information will be used for that purpose.

Sincerely,

NATIONAL RECOVERY AGENCY
This communication is from a debt collector.

___ ***Please contact your account representative CHARLENE SARVER at extension 6748 regarding this account.

NRA/ALS-J2

**NRA ID #:  YCK780**

Calls to or from National Recovery Agency may be monitored or recorded.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# NATIONAL RECOVERY AGENCY

## FULL SERVICE COLLECTION AGENCY

| | | P.O. Box 67015 |
|---|---|---|
| **PHYSICAL ADDRESS:** | **HOURS OF OPERATION** | Harrisburg, PA 17106-7015 |
| 2491 Paxton Street | Monday-Thursday  8:00AM-8:30PM (EST) | (717) 540-5605 |
| Harrisburg, PA  17111 | Friday           8:00AM-5:00PM (EST) | (800) 360-4319 |
| | Saturday         8:00AM-12:30PM (EST) | |

May 9, 2013

THOMAS RAY
1870 GERYVILLE PIKE W
EAST GREENVIL, PA 18041

IN RE:  CENTRAL BUCKS AMB & RESCUE SQ
ACCT#:12-83030 -
AMOUNT DUE:      1647.99
ID NUMBER:  YCK780

DEAR THOMAS RAY

ENCLOSED PLEASE FIND A COPY OF:

_____   THE PAYMENT HISTORY YOU REQUESTED.  AFTER REVIEW, PLEASE REMIT
        THE BALANCE(S) BY RETURN MAIL.
  X     THE BREAKDOWN FOR THE BALANCE(S) OWED TO THE ABOVE REFERENCED
        CLIENT(S).  AFTER REVIEW, PLEASE REMIT THE BALANCE(S) BY RETURN MAIL.
_____   THE ITEMIZED BILL(S) YOU REQUESTED.  AFTER REVIEW, PLEASE REMIT
        THE BALANCE(S) BY RETURN MAIL.
_____   THIS REPRESENTS THE BALANCE(S) DUE, WHICH WAS NOT PAID BY YOUR
        INSURANCE.  THIS IS YOUR RESPONSIBILITY AND MUST BE PAID TO
        THIS OFFICE IMMEDIATELY.
_____   THE BREAKDOWN OF THE ABOVE LISTED AMOUNT(S) DUE IS PRINCIPLE
        _____ COLLECTION CHARGES _____ INTEREST _____.

BELOW IS A LISTING OF ACCOUNTS INCLUDED IN THE AMOUNT DUE:

| Creditor | Account # | Amt Owed | ServDate |
|---|---|---|---|
| CENTRAL BUCKS AMB & RESCU | 12-83030 | 1647.99 | 06/30/12 |

PLEASE NOTE THERE MAY BE SOME ADDITIONAL ACCOUNTS NOT REFLECTED ABOVE:

THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNI-
CATION IS FROM A DEBT COLLECTOR.  A SERVICE CHARGE OF $20.00 WILL BE
ADDED TO ALL CHECKS RETURNED TO US BY YOUR BANK AS PERMITTED BY LAW.

SINCERELY,

CHARLENE SARVER
ACCOUNT REPRESENTATIVE
N1

**Central Bucks Ambulance and Rescue Unit**
PO BOX 535
BALDWINSVILLE, NY 13027
Tax ID: 256391184

Run Number:

12-83030

MultiMed Billing Service    ✱    Toll Free (800) 927-5845    ✱    Local (315) 635-1789    ✱    Fax (315) 635-3289

Please be advised that should your account be forwarded to a
collection agency, you will be held responsible for all collection
costs, including but not limited to collection agency fees, attorney
fees, court costs, etc. Please forward payment in full.

ADDRESSEE

THOMAS F RAY
1870 GERYVILLE PIKE WEST
EAST GREENVILLE, PA 18041

PATIENT

THOMAS F RAY
1870 GERYVILLE PIKE WEST
EAST GREENVILLE, PA 18041

| DATE | | | | |
|---|---|---|---|---|
| 06/30/2012 | 338 S MAIN ST. | Doylestown Hospital | Highmark Blue Card Program BU Patient | |

| | | | | | |
|---|---|---|---|---|---|
| | AL01 Emergency Base Rate | 1 | $1,680.00 | | $1,680.00 |
| | Mileage | 3 | $16.00 | | $48.00 |
| 11/08/2012 | Personal Check Payment | | | 57008833 | $419.61 |
| 03/04/2013 | Transferred to Collection | | | | $1,316.39 |
| | | | | | $0.00 |

DETACH ALONG LINE AND RETURN STUB WITH YOUR PAYMENT. THANK YOU.

| ☐ Check / Money Order | Amount Enclosed | $ |
|---|---|---|
| ☐ Visa ☐ MasterCard ☐ Discover | | |

REMIT TO

Central Bucks Ambulance and Rescue Unit
PO BOX 535
BALDWINSVILLE, NY 13027

| 12-83030 | $0.00 |
|---|---|
| 06/07/2013 | 05/21/2013 |
| THOMAS F RAY | |

**Thomas Ray**
**1870 Geryville Pike W**
**East Greenville, PA  18041**

National Recovery Agency
2491 Paxton Street
Harrisburg, PA  17111

RE:     Alleged Creditor: Central Bucks Ambulance and Resque Sq.
        **Account Number 12-83030**
        **Alleged Balance   $1,647.99**

To Whom it May Concern:

I wish to dispute the above referenced account.  I request validation of the alleged debt.  I request verification of the alleged debt.

Please explain what the $329.60 in "costs" refers to.

I request proof of the fair market value of the services rendered.  How did the original alleged creditor compute the amount that they claim was owed.

Sincerely,

Thomas Ray                     10/23/2013
                               Date



**U.S. Postal Service** ..
**CERTIFIED MAIL**... **RECEIPT**
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To National Recovery Agency
Street, Apt. No; or PO Box No. 2491 Paxton St
City, State, ZIP+4 Harrisburg PA 17111

US Form 3800, August 2006          See Reverse for Instructions

7011 3500 0002 3160 2777

PO BOX 67015
HARRISBURG, PA 17106-7015

**NATIONAL RECOVERY AGENCY**
A PROFESSIONAL COLLECTION AGENCY
(717) 540-5605
(800) 360-4319

| IN RE: CENTRAL BUCKS AMB & RESCUE SQ | TOTAL AMOUNT DUE: $1,647.99 |
|---|---|
| ACCT#: 12-83030 | DATE OF SERVICE: 06/30/12 |

11/27/13

YCK780/0J2     201150743742          0000125/0001
Thomas Ray
1870 Geryville W
East Greenville, PA 18041-2019

SEND TO:

**NATIONAL RECOVERY AGENCY**
PO BOX 67015
HARRISBURG, PA 17106-7015

Dear Thomas Ray,

Our offices are in receipt of your letter of dispute pursuant to 15 U.S.C. § 1681 s-2 of the Fair Credit Reporting Act. Please be advised we have contacted our client who has confirmed the name and address listed on the account as well as the amount owed. Based on our investigation of your dispute, it is our position we have identified you as the correct consumer for this account.

In acknowledgement of your dispute, we have requested that consumer reporting agencies report the account as disputed. Consumer reporting agencies may take up to 30 days or longer to update reports and this is beyond our control.

Listed below is a summary of the charges on the account and any applicable fees or interest. Should you have any questions regarding this account or if you wish to discuss payment arrangements, please feel free to contact us at the number listed above. We look forward to helping you resolve this matter.

| Creditor | Account # | Principal | Interest | All Costs | Serv Date |
|---|---|---|---|---|---|
| CENTRAL BUCKS AMB & RESCUE SQ | 12-83030 | 1,318.39 | .00 | 329.60 | 06/30/12 |

Your payment should be made directly to this office for prompt credit to your account. A service charge of $20.00 will be added to all checks returned to us by your bank as permitted by law. Should you desire a receipt, a self-addressed, stamped envelope is required. For payment options please see reverse side of this notice or visit our secure website at www.nationalrecovery.com. The purpose of this communication is to collect a debt and any information will be used for that purpose.

Sincerely,

NATIONAL RECOVERY AGENCY
This communication is from a debt collector.

***Please contact your account representative CHARLENE SARVER at extension 6748 regarding this account.

NRA/ALS-J2

**NRA ID #:  YCK780**

Calls to or from National Recovery Agency may be monitored or recorded.
PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Thomas Ray**
**1870 Geryville Pike W**
**East Greenville, PA  18041**
**(215) 966-2437**

National Recovery Agency
2491 Paxton Street
Harrisburg, PA  17111

By Certified U.S. Mail

RE:       **Alleged Creditor: Central Bucks Ambulance and Rescue Sq.**
          **Account Number 12-83030**
          **Alleged Principal $1,380.39**
          **Alleged Collection Costs $329.60**
          **Alleged Total Balance   $1,647.99**

To Whom it May Concern:

I wish to dispute the above referenced account.

Please explain what the $329.60 in "costs" refers to. ·I never agreed to pay any collection costs to Central Bucks Ambulance and Rescue Sq.  I never signed anything agreeing to pay collection costs for this account.  You are not permitted to charge me collection costs which I never agreed to.

Also, I request proof of the fair market value of the services rendered.  How did the original alleged creditor compute the amount that they claim was owed?

Sincerely,

Thomas Ray                          11/18/2013
                                    Date



**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | $3.10 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.55 | NOV 2 9 2013 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $6.11 | 11/29/2013 |

RAY

Sent To
National Recovery Agency
Street, Apt. No.;
or PO Box No. 2491 Paxton St
City, State, ZIP+4
Harrisburg, PA 17111

PS Form 3800, August 2006                    See Reverse for Instructions

7013 1710 0000 1488 7116

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Recovery
Agency
2491 Paxton Street
Harrisburg, PA 17111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 1710 0000 1488 7116

PS Form 3811, February 2004     Domestic Return Receipt     RAY     102595-02-M-1540

# NATIONAL RECOVERY AGENCY

FULL SERVICE COLLECTION AGENCY

| PHYSICAL ADDRESS:<br>2491 Paxton Street<br>Harrisburg, PA  17111 | HOURS OF OPERATION<br>Monday-Thursday  8:00AM-8:30PM  (EST)<br>Friday            8:00AM-5:00PM  (EST)<br>Saturday         8:00AM-12:30PM  (EST) | P.O. Box 67015<br>Harrisburg, PA 17106-7015<br>(717) 540-5605<br>(800) 360-4319 |
|---|---|---|

Jan 21, 2014


THOMAS RAY
1870 GERYVILLE PIKE W
EAST GREENVIL, PA 18041


IN RE:  CENTRAL BUCKS AMB & RESCUE SQ
ACCT#:
AMOUNT DUE:      1647.99
ID NUMBER:

DEAR THOMAS RAY

ENCLOSED PLEASE FIND A COPY OF:

_____  THE PAYMENT HISTORY YOU REQUESTED.  AFTER REVIEW, PLEASE REMIT
         THE BALANCE(S) BY RETURN MAIL.
_____  THE BREAKDOWN FOR THE BALANCE(S) OWED TO THE ABOVE REFERENCED
         CLIENT(S).  AFTER REVIEW, PLEASE REMIT THE BALANCE(S) BY RETURN MAIL.
___X___  THE ITEMIZED BILL(S) YOU REQUESTED.  AFTER REVIEW, PLEASE REMIT
         THE BALANCE(S) BY RETURN MAIL.
_____  THIS REPRESENTS THE BALANCE(S) DUE, WHICH WAS NOT PAID BY YOUR
         INSURANCE.  THIS IS YOUR RESPONSIBILITY AND MUST BE PAID TO
         THIS OFFICE IMMEDIATELY.
_____  THE BREAKDOWN OF THE ABOVE LISTED AMOUNT(S) DUE IS PRINCIPLE
         _____ COLLECTION CHARGES _____ INTEREST _____.

BELOW IS A LISTING OF ACCOUNTS INCLUDED IN THE AMOUNT DUE:
Creditor                  Account #                  Amt Owed ServDate
CENTRAL BUCKS AMB & RESCU                            1647.99 06/30/12


PLEASE NOTE THERE MAY BE SOME ADDITIONAL ACCOUNTS NOT REFLECTED ABOVE:

THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNI-
CATION IS FROM A DEBT COLLECTOR.  A SERVICE CHARGE OF $20.00 WILL BE
ADDED TO ALL CHECKS RETURNED TO US BY YOUR BANK AS PERMITTED BY LAW.

SINCERELY,

CHARLENE SARVER
ACCOUNT REPRESENTATIVE
N1

**Central Bucks Ambulance and Rescue Unit**
PO BOX 535
BALDWINSVILLE, NY 13027
Tax ID: 236391184

Run Number:

MultiMed Billing Service     ✳     Toll Free (800) 927-5845     ✳     Local (315) 635-1789     ✳     Fax (315) 635-3289

Please be advised that should your account be forwarded to a
collection agency, you will be held responsible for all collection
costs, including but not limited to collection agency fees, attorney
fees, court costs, etc. Please forward payment in full.

──── ADDRESSEE ────

THOMAS F RAY
1870 GERYVILLE PIKE WEST
EAST GREENVILLE, PA 18041

──── PATIENT ────

THOMAS F RAY
1870 GERYVILLE PIKE WEST
EAST GREENVILLE, PA 18041

| DATE OF SERVICE | FROM | TO | PAYOR |
|---|---|---|---|
| 06/30/2012 | 339 S MAIN ST | Doylestown Hospital | Highmark Blue Card Program<br>Bill Patient |

| Date | Description | Quantity | Net Unit Price | Check # | Amount |
|---|---|---|---|---|---|
|  | ALS1 Emergency Base Rate | 1 | $1,690.00 |  | $1,690.00 |
|  | Mileage | 3 | $16.00 |  | $48.00 |
| 11/08/2012 | Personal Check Payment |  |  | 57965933 | $419.61 |
| 03/04/2013 | Transferred to Collection |  |  |  | $1,318.39 |

$0.00

────── DETACH ALONG LINE AND RETURN STUB WITH YOUR PAYMENT  THANK YOU ──────

| ☐ Check / Money Order | Amount Enclosed | $ |
|---|---|---|

☐ Visa  ☐ MasterCard  ☐ Discover

──── REMIT TO ────

Central Bucks Ambulance and Rescue Unit
PO BOX 535
BALDWINSVILLE, NY 13027

| Run Number | Amount Due |
|---|---|
|  | $0.00 |
| Statement Date | Due Date |
| 01/06/2014 | 01/20/2014 |
| Patient Name | |
| THOMAS F RAY | |

National Recovery Agency, Inc.
Attention:  Chief Corporate Officer
2491 Paxton Street
Harrisburg, PA 17111